**Order filed June 4, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00327-CV
_____

**LISA TAYLOR, Appellant**

**V.**

**WW TRADEWINDS, LLC, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1044402**

---

## O R D E R

The notice of appeal in this case was filed April 25, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **June 19, 2014.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM